272 So.2d 281

In re Clinton TOLEN

v.

STATE.

Ex parte Clinton Tolen.

SC 224.

Supreme Court of Alabama.

Jan. 11, 1973.

■

Maye & Melton, Opelika, for petitioner.

No brief for the State.

HARWOOD, Justice.

Petition of Clinton Tolen for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in Tolen v. State, 49 Ala.App. ——, 272 So.2d 279.

Writ denied.

HEFLIN, C. J., and MERRILL, MADDOX and FAULKNER, JJ., concur.